LAFAYETTE L. LONG, Appellant, *v.* JOHN RICHMOND, Respondent.

*Long* v. *Richmond,* 68 App. Div. 466, affirmed.
(Argued May 19, 1903; decided June 2, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 13, 1902, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

*Herbert B. Butterfield* for appellant.

*Frank Brundage* and *Wheeler & Slee* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs ; no opinion.

Concur : PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT and WERNER, JJ. Dissenting : MARTIN and CULLEN, JJ.

---

JOHANNA KALISH et al., as Executors of JOSEPH KALISH, Deceased, Appellants, *v.* LUKE HIGGINS et al., Respondents. (Actions 1 and 2.)

*Kalish* v. *Higgins,* 70 App. Div. 192, 613, affirmed.
(Argued May 20, 1903; decided June 2, 1903.)

APPEALS from orders of the Appellate Division of the Supreme Court in the first judicial department, entered April 8, 1902, reversing judgments in favor of plaintiffs entered upon decisions of the court on trial at Special Term and granting new trials.

*Edward W. S. Johnston* and *Hawkins & Delafield* for appellants.

*M. J. Horan* for respondents.

Orders affirmed and judgments absolute ordered for defendants on the stipulations, with costs; no opinion.

Concur : PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.